2010-38989
FILED
October 13, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002992269

THOMAS O. GILLIS, SBN 40186
ATTORNEY AT LAW
1006 H STREET, SUITE 1
MODESTO, CALIFORNIA 95354
TEL (209)575-1153
FAX(209)529-3240

Attorney for Debtors
JOSE AND FRANCES HUERTA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In Re:                                         CASE NO. 10-38989
    JOSE HUERTA
    FRANCES HUERTA,

                                    ORDER CONFIRMING PLAN

    Debtors
_____/

## ORDER CONFIRMING PLAN

The Chapter 13 plan of the above-named debtors has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the debtor plan satisfies the requirements of 11 U.S.C. §1325.

Therefore, **IT IS ORDERED** that the plan is confirmed.

**IT IS FURTHER ORDERED** that:

1.     The debtors shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the debtors address;

2.     The debtors shall immediately notify the trustee in writing of any termination, reduction of, or other change in the employment of the debtors; and

3.     The debtors shall appear in court whenever notified to do so by the court.

1

RECEIVED
October 12, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002992269

**IT IS FURTHER ORDERED** that the attorney's fees for the debtors attorney in the full amount of $3,500 are approved, $2,000 of which was paid prior to the filing of the petition. The Balance of $1,500 shall be paid by the trustee from plan payments at the rate specified in the Guidelines for Payment of Attorneys' Fees in Chapter 13 cases, provided the attorney and debtor have executed and filed a Rights and Responsibilities of Chapter 13 Debtors and their attorneys.

Approved as to form and content
Dated: 10/9/10

*/s/ Russell D. Greer*

RUSSELL D. GREER

Chapter 13 Trustee

BY THE COURT,

Dated: October 13, 2010

Dated:

*/s/ Robert Bardwil*
Robert S. Bardwil, Judge
United States Bankruptcy Court

2